# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYRON A. PAYNE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>G. BRACKETT, et al.,<br><br>　　　　Defendants. | Case No. 1:09-cv-01594 DLB PC<br><br>ORDER REGARDING PLAINTIFF'S MOTION FOR RETURN OF DOCUMENTS<br><br>(Document 5) |

　　　　Plaintiff Myron A. Payne ("Plaintiff"), a California state prisoner proceeding pro se and in forma pauperis, filed this civil rights action on September 9, 2009. On October 1, 2009, the action was transferred to the Sacramento Division of this Court.

　　　　On July 1, 2013, Plaintiff filed a motion in which he requests return of original documents submitted to the Court. This Court no longer has Plaintiff's documents, however, as they were sent to the Sacramento Division when this action was transferred.

　　　　Accordingly, Plaintiff's motion is DENIED.

IT IS SO ORDERED.

　　Dated:   **July 24, 2013**　　　　　　　　　　/s/ *Dennis L. Beck*
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1